IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SIMMONS FOODS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 06-5017 ) |
| VALLEY FOOD SERVICES, L.L.C., | ) ) |
| Defendant. | ) |

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 3 0 2006

CHRIS R. JOHNSON, CLERK

DEPUTY CLERK

## COMPLAINT

Plaintiff SIMMONS FOODS, INC. (hereinafter, "Simmons") and for its claim for relief against the Defendant VALLEY FOOD SERVICES, L.L.C. (hereinafter, "Valley Food"), alleges and states as follows:

1. Simmons is an Arkansas corporation with its principal place of business in Arkansas.

2. Valley Food is a Missouri limited liability company with its principal place of business in St. Joseph, Missouri.

3. This Court has jurisdiction over the parties based on diversity jurisdiction as established by 28 U.S.C. § 1332, because the matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000.00.

4. Venue is proper in this District under 28 U.S.C. § 1391(a).

## CLAIM FOR RELIEF

5. Valley Food maintained an open account with Simmons wherein Valley Food delivered goods for Simmons and Simmons invoiced Valley Food for the goods ordered and delivered.

6. Simmons made numerous demands for payment for the goods sold and delivered; however, Valley Food has refused and failed to pay.

7. Currently, Valley Food owes Simmons $328,123.94 plus interest.

8. Accordingly, Simmons requests the Court award it money judgment in its favor and against Valley Food for $328,123.94, for interest from and after ten days from the due date of each invoice until the date of judgment at Arkansas' constitutionally mandated rate of 6% *per annum* pursuant to Article 19, Section 13 of the Arkansas Constitution, for post-judgment interest as allowed by law, for a reasonable attorneys' fee as allowed under the terms of the contract, and for all costs of this suit.

WHEREFORE, Simmons prays that the Court enter judgment in favor of Simmons and against Valley Food for the principal amount set forth above, being an amount in excess of $75,000.00, for pre- and post-judgment interest as allowed by law, for Simmons' costs, including a reasonable attorneys' fee, and for such other and further relief as may be just and proper.

Respectfully submitted,

*(signature)*

Andrew R. Turner, OBA #9125
Heather Holt Bilderback, ABA # 2002054
CONNER & WINTERS, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
Tel:   (918) 586-8972
Fax:   (918) 586-8672
E-mail: aturner@cwlaw.com
         hbilderback@cwlaw.com

Arkansas address:
Conner & Winters, LLP
100 West Center Street, Suite 200
Fayetteville, Arkansas 72701-6081
Tel:   (479) 582-5711
Fax:   (479) 587-1426

Attorneys for Plaintiff
SIMMONS FOODS, INC.